UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| KAREN ELAINE DICKERSON, ) | |
| ) | CASE NO. 19-59018-LRC |
| DEBTOR. ) | |
| ) | JUDGE RITCHEY CRAIG |

**TRUSTEE'S REJECTION OF APPOINTMENT**

COMES NOW, Kathleen Steil as Interim Trustee for the above-referenced Bankruptcy Estate, who respectfully rejects this appointment due to a conflict of interest.

Date: June 6, 2022

By:  /s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
*Interim Chapter 7 Trustee*

P.O. Box 1547
Decatur, Georgia 30033
(404) 525-4000
ks@orratl.com