UNITED STATES BANKRUPTCY COURT
Norther District of Georgia
ATLANTA Division

IN RE:                                                      CASE NO. 19-59018 - LRC
Karen Elaine Dickerson
Debtor.                                      CHAPTER 7

## MOTION TO WITHDRAW

COMES NOW King & King, P.C., attorneys of record for Debtor, Karen Elaine Dickerson, whose last known address is 1885 Harper Drive, #5G, Morrow, GA 30260, whose last known telephone number is 404-573-2360, and requests this Court to enter an Order allowing King & King, P.C. to withdraw as counsel herein and shows the Court the following:

1.

Debtor has notified above counsel of her/his intent to proceed *pro se* in regard to this matter.

2.

Pursuant to Bankruptcy Rule 9010-5b(1), Movant has served the Debtor, Karen Elaine Dickerson, with a Notification of Intent to Request Permission to Withdraw by depositing same in the U.S. Mail, properly addressed and with sufficient postage thereon to ensure delivery. The Notification of Intention to Request Permission to Withdraw was mailed 14 days prior to filing this Motion. The Notification of Intent to Request Permission to Withdraw is attached hereto.

**WHEREFORE,** King & King, Law LLC requests this Court to issue an Order permitting withdrawal as counsel for the Debtor, Karen Elaine Dickerson.

Date: July 13, 2022

                                                Respectfully submitted,
                                                KING & KING LAW LLC

                                                _____/s/
                                                Seth A. Evans, Attorney for Debtor
                                                GA Bar # 966458
                                                215 Pryor Street
                                                Atlanta, GA 30303
                                                (404)524-6400
                                                notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRIC OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                                  CASE NO. 19-59018 - LRC
Karen Elaine Dickerson
    Debtor.                                                                    CHAPTER 7

### CERTIFICATE OF SERVICE

    I hereby certify that I am more than 18 years of age, and that on this day, I served a copy of the within "Motion to Withdraw" upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Karen Elaine Dickerson
1885 Harper Drive, #5G
Morrow, GA 30260

Office of the US Trustee
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

[PLEASE SEE ATTACHED MAILING MATRIX]

    This 13th day of July, 2022

    By:_____/s/_
    Seth A. Evans (GA Bar No. 966458)
    King & King LAW LLC
    215 Pryor Street
    Atlanta, GA 30303
    (404) 524-6400
    notices@kingkingllc.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-59018-lrc<br>Northern District of Georgia<br>Atlanta<br>Wed Jul 13 16:25:12 EDT 2022 | Account Recovery Co<br>3217 South Cherokee<br>Woodstock, GA 30188-7026 | CAPITAL BANK<br>1 CHURCH ST 300<br>ROCKVILLE, MD 20850-4190 |
| (p)CARTER YOUNG INC<br>882 N MAIN STREET<br>SUITE 120<br>CONYERS GA 30012-4442 | CCS COLLECTIONS<br>725 CANTON ST<br>Norwood, MA 02062-2679 | CEP America LLC<br>PO Box 582663<br>Modesto, CA 95358-0070 |
| CREDIT PROTECTION<br>0 ONE GALLERIA TOWER 13355 NOEL RD 2100<br>DALLAS, TX 75240 | Credit Acceptance Corp<br>25505 W 12 Mile Rd<br>Southfield, MI 48034-8316 | Credit Collection<br>2915 N Classen Blvd<br>Oklahoma City, OK 73106-5452 |
| Karen Elaine Dickerson<br>1885 Harper Drive<br>#5G<br>Morrow, GA 30260-3833 | Dixie Finance Company<br>DBA Sterling Finance<br>45 B Walton St NW<br>Atlanta, GA 30303-2310 | GEORGIA FAMILY CARE LLC<br>1430 Five Forks Trickum Road<br>Suite 220<br>Lawrenceville, GA 30044-8183 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Natural Gas<br>P.O. Box 740544<br>Atlanta, GA 30374-0544 | HAWTHORNE MIDWAY MERIDIAN LLC<br>806 Green Valley Road Suite 311<br>Greensboro, NC 27408-7076 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Inphynet Primary Care Physician SE, PC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| KOLB ENTERPRISES INC<br>a/a/f STB Distributors<br>P.O. BOX 48027<br>Atlanta, GA 30362-1027 | Karen King<br>King & King Law LLC<br>215 Pryor Street, S.W.<br>Atlanta, GA 30303-3748 | Kolb Enterprises Inc<br>assignee for STB Distributors<br>PO Box 48027<br>Doraville, GA 30362-1027 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | LAKE TREE APTS<br>1313 Stone Mill Way<br>Stone Mountain, GA 30083-1613 | Ronald A. Levine<br>Levine & Block, LLC<br>P.O. Box 422148<br>Atlanta, GA 30342-9148 |
| MEMBERSFIRST FCU<br>PO BOX 33189<br>DECATUR, GA 30033-0189 | MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804-9001 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Medicredit Inc.<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Membersfirst Credit Union<br>PO Box 33189<br>Decatur, GA 30033-0189 | Mr. Lawrence Lee Washburn IV<br>Wilson Elser Moskowitz Edelman & Dicker<br>One Atlanta Plaza<br>950 E Paces Ferry Road Suite 2850<br>Atlanta, GA 30326-1387 |

| | | |
|---|---|---|
| Ms. Beth Ellen Rogers<br>Rogers Law Offices<br>100 Peachtree Street NW, Suite 1950<br>Atlanta, GA 30303-1919 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Oxford Townhomes<br>6042 N Lee Street<br>3D<br>Morrow, GA 30260-1238 |
| (p)PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE UT 84126-0707 | PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE CITY, UT 84126-0707 | Pathology and Laboratory<br>c/o Stallings Financial Group<br>1111 S. Marietta Pkwy SE<br>Marietta, GA 30060-2885 |
| Peachtree Piedmont Pathology<br>P.O. Box 491028<br>Lawrenceville, GA 30049-0053 | Prestige Financial Svc<br>90 W 11000 S<br>Sandy, UT 84070-4153 | Progressive<br>P.O. Box 94504<br>Cleveland, OH 44101-4504 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rent Recovery Solution<br>2814 Spring Rd Se Ste 30<br>Atlanta, GA 30339-3046 | SCA Collections INC<br>P.O. Box 876<br>Greenville, NC 27835-0876 |
| SIERRA AUTOFINANCE<br>5005 LBJ FY 700<br>DALLAS, TX 75244 | (p)STALLINGS FINANCIAL GROUP<br>ATTN JANET<br>407 ATLANTA ST<br>MARIETTA GA 30060-2226 | STANISLAUS CREDIT CNTRL<br>914 14TH ST POB 480<br>MODESTO, CA 95353-0480 |
| Scana Energy<br>3340 Peachtree Rd NE<br>Atlanta, GA 30326-1000 | Sure Deposit<br>PO Box 979135<br>Miami, FL 33197-9135 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| T Mobile/T-Mobile USA Inc by<br>American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | T-Mobile USA Inc<br>by AMerican InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Verizon Wireless/Sou<br>P.O. Box 26055<br>Minneapolis, MN 55426-0055 | WELLS FARGO CARD SERVICE<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 | WHITEHALL ESTATES<br>2400 Whitehall Estates Dr<br>Charlotte, NC 28273-7855 |
| Wesley Providence<br>100 Wesley Providence Way<br>Lithonia, GA 30038-6921 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CARTER-YOUNG INC                    Georgia Department of Revenue      (d)Georgia Department of Revenue
882 N MAIN ST 120                   1800 Century Blvd NE Suite 910        Compliance Division, ARCS-Bkrcy
CONYERS, GA 30012                   Atlanta, GA 30345                     1800 Century Blvd NE Suite 9100
                                                                          Atlanta, GA 30345-3205


PRESTIGE FINANCIAL                  (d)Prestige Financial Services        STALLINGS FINANCIAL
1420 S 500 W                        1420 South 500 West                   PO BOX 4430
SALT LAKE CITY, UT 84115            Salt Lake City, UT 84115              MARIETTA, GA 30061




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Quantum3 Group LLC as agent for Moma Trust    (d)Quantum3 Group, LLC, as agent for        End of Label Matrix
                                                 Moma Trust, LLC                             Mailable recipients    54
                                                 P.O. Box 788                                Bypassed recipients     2
                                                 Kirkland, WA 98083-0788                     Total                  56
```