**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA**

**Request for Change of Address**

Case Name: Karen Elaine Dickerson

Case No.: 19-59018  Chapter 7

**Change of Address for:**

Debtor __x_ Creditor ___ Attorney for Debtor ___ Attorney for Creditor___

**Change for:**

Notices ONLY ___ Payments ONLY ___ Notices and Payments _x_

EFFECTIVE DATE OF CHANGE: 8/12/2022

Name: Karen E. Dickerson

Prior Address:

1885 Harper Drive, #5G
Morrow, GA 30260

*****************************************************************************
New Address:

1885 Harper Drive, #24C
Morrow, GA 30260

Dated: 8/12/2022                    _____/s/_
                                     Eric Smith
                                     Attorney for Debtor(s)
                                     King & King Law LLC
                                     GA Bar No. 347001
                                     215 Pryor Street
                                     Atlanta GA 30308
                                     notices@kingkingllc.com